ACCEPTED
02-17-00227-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 12:26 PM
DEBRA SPISAK
CLERK

## No. 02-17-00227-CV

### IN THE COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

Fort Worth, Texas

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 12:26:19 PM
DEBRA SPISAK
Clerk

---

## LOU ANNE PERKINS

Appellant

v.

## BARRY HICKS

Appellee

---

On Appeal from the 362nd Judicial District Court Denton County, Texas

Trial Court Case No. 15-09007-362

---

## MOTION FOR EXTENSION OF TIME OF 7 TO 10 DAYS

---

Lou Anne Perkins
3528 Cottonwood Springs Drive
The Colony, Texas 75056
(214) 620-4574
Email: 1st.perkins@gmail.com
Pro Se

TO THE HONORABLE JUDGE OF THIS COURT,

I, Lou Anne Perkins, Appellant, Pro Se, am filing this Motion For Extension Of Time Of 7-10 Days and would show the Court as follows:

## Appellant Argument

1.  Appellant is experiencing great difficulty in finding a law firm to assisting with finishing brief.

2.  Brief is due 12/20/17.

3.  Found out a few minutes ago firm helping pro bono will not have time to finish Brief and suggested Appellant contact court for extension of 7 to 10 days to finish brief herself, which leaves Appellant in great peril.

4.  Appellant has been working on Brief herself and will continue to do so until it is completed, but is asking the court for a 7 to 10 day extension of time to finish and file.

Respectfully Submitted,

*/s/ Lou Anne Perkins*
Lou Anne Perkins, Pro Se
3528 Cottonwood Spring Drive
The Colony, TX 75056
214-620-4574
1st.perkins@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **Motion For Extension Of Time** was served, via eFiling system or regular email, on this the 19th day of December, 2017, to:

Cassie J. Dallas
Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX
(Attorney for AppelleIe)

**CERTIFICATE OF CONFERENCE**

I certify that on 19th day of December, 2017, I telephoned Cassie J. Dallas, attorney for Appellele, but had to leave a message on her recorder.  Therefore, we were not able to reach an agreement.

*/s/ Lou Anne Perkins*
Lou Anne Perkins, Pro Se